UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Plaintiff,

-v-

A 10TH CENTURY SANDSTONE SCULPTURE DEPICTING KINNARI, KOH KER STYLE *et al.*,

Defendants.

26 Civ. 5396 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 25, 2026, the United States of America brought this action seeking forfeiture of a number of antiquities. Dkt. 1 at 3. Since then, no further action is reflected on the docket of this case. The Government is directed to file a status letter by **October 19, 2026**, updating the Court as to relevant actions and proposed next steps in this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2026
New York, New York