UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

Plaintiff, :

- v - :

A 10TH CENTURY SANDSTONE SCULPTURE DEPICTING KINNARI, KOH KER STYLE; :

A 12TH CENTURY SANDSTONE SCULPTUREDEPICTING BUDDHA UNDER A NAGA, BAYON STYLE, WITH BASE; :

A 10TH CENTURY SANDSTONE PANEL DEPICTING NAVAGRAHA, KOH KER STYLE; WITH BASE; :

AN 11TH CENTURY SANDSTONE SCULPTURE DEPICTING A FEMALE DEITY; POSSIBLYUMA, BAPHOUN STYLE, WITH STAND; :

A 10TH CENTURY STONE HEAD OF BUDDHA, PRE RUP STYLE,WITH STAND; :

A 7TH CENTURY STONE FIGURE OF A MAN, PREI KHMENG STYLE, WITH STAND; :

A 12TH CENTURY BRONZE SCULPTURE DEPICTING STANDING BUDDHA, ANGKOR STYLE, WITH BASE; :

AN 8TH CENTURY STONE HEAD OF HARIHARA, PREI KHMENG STYLE, WITH STAND; :

A 12TH CENTURY BRONZE MANDALA SCULPTURE, BAYON STYLE; :

A 12TH CENTURY BRONZE SCULPTURE DEPICTING A CONCH SHELL, ANGKOR

JUDGMENT OF FORFEITURE

26 Civ. 5396 (PAE)

WAT STYLE, WITH BASE; :

AN 11TH CENTURY BRONZE SCULPTURE DEPICTING SEATED BUDDHA, BAPHOUN STYLE; :

A 12TH CENTURY BRONZE ALTARPIECE SCULPTURE DEPICTING CROWNED BUDDHA, ANGKOR STYLE; :

A 13TH CENTURY BRONZE OFFERING SET WITH TRAY, POST-ANGKOR; :

A 12TH CENTURY BRONZE LADLE ANGKOR STYLE; :

A 12TH CENTURY BRONZE SCULPTURE DEPICTING A CONCH SHELL, ANGKOR STYLE; :

A 2ND CENTURY BC PAIR OF BRONZE BELL SPHERES (A), WITH STANDS; :

A 2ND CENTURY BC PAIR OF BRONZE BELL SPHERES (B), WITH STANDS; :

A 2ND CENTURY BC LARGE BRONZE BELL; :

A 2ND CENTURY BC PAIR OF SMALL BRONZE BELLS; AND :

A 13TH CENTURY BRONZE LIME POT IN THE SHAPE OF A CHICKEN, POST-ANGKOR. :

Defendants-*in-rem*. :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about June 25, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. A 10th Century Koh Ker style sandstone sculpture depicting Kinnari ("Sculpture-1"), approximately 39.5 inches tall;

b. A 12th Century Bayon style sandstone sculpture depicting Buddha under a Naga ("Sculpture-2"), approximately 42 inches tall;

c. A 10th Century Koh Ker style sandstone panel depicting Navagraha ("Sculpture-3"), approximately 45 inches wide;

d. An 11th Century Baphoun style sandstone sculpture depicting a female deity, possibly Uma ("Sculpture-4"), approximately 27.5 inches tall;

e. A 10th Century Pre Rup style stone head of Buddha ("Sculpture-5"), approximately 7 inches tall;

f. A 7th Century Prei Khmeng style stone figure of a man ("Sculpture-6"), approximately 25 inches tall;

g. A 12th Century Angkor style bronze sculpture depicting Standing Buddha ("Sculpture-7"), approximately 13 inches tall;

h. An 8th Century Prei Khmeng style stone head of Harihara ("Sculpture-8"), approximately 8 inches tall;

i. A 12th Century Bayon style bronze Mandala sculpture ("Sculpture-9"), approximately 4 inches in diameter;

j. A 12th Century Angkor Wat style bronze sculpture depicting a Conch Shell with Avalokiteshvara on a bronze tripod stand ("Sculpture-10"), approximately 12 inches long;

k. An 11th Century Baphoun style bronze sculpture depicting Seated Buddha ("Sculpture-11"), approximately 6 inches tall;

l. A 12th Century Angkor style bronze altarpiece sculpture depicting Crowned Buddha ("Sculpture-12"), approximately 15 inches tall;

m. A 13th Century post-Angkor bronze offering set with tray ("Sculpture-13"), approximately 13 inches in diameter;

n. An 12th Century Angkor style bronze ladle ("Sculpture-14"), approximately 16 inches long;

o. A 12th Century Angkor style bronze sculpture depicting a Conch Shell with Dancing Hevajra on a bronze tripod stand ("Sculpture-15"), approximately 10.5 inches long;

p. A 2nd Century B.C. pair of bronze bell spheres (A) ("Sculpture-16"), approximately 4 inches tall by 4 inches wide;

q. A 2nd Century B.C. pair of bronze bell spheres (B) ("Sculpture-17"), approximately 4 inches tall by 4 inches wide;

r. A 2nd Century B.C. large bronze bell ("Sculpture-18"), approximately 5 inches tall;

s. A 2nd Century B.C. pair of small bronze bells ("Sculpture-19"), approximately 4 inches tall;

t. A 13th Century post-Angkor bronze lime pot in the shape of a chicken ("Sculpture-20"), approximately 7.5 inches tall;

(a. through t., collectively, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to (a) Title 19, United States Code, Section 1595a(c), because the Defendants-*in-rem* are stolen property introduced into the United States contrary to law; (b) Title 18, United States Code, Section 542, because the Defendants-*in-rem* are merchandise which has been imported into the United States by means of false statements; (c) Title 18, United States Code, Section 545, because the Defendants-*in-rem* are merchandise which has knowingly been brought into the United States contrary to law; and (d) Title 18, United States Code Section 981(a)(1)(C),

because the Defendants-*in-rem* are property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 2314;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 9, 2026, through August 7, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, an American dealer (the "Dealer") voluntarily relinquished the Defendants-*in-rem* to the United States of America and waived all claims of right, title, and interest in the Defendants-*in-rem*;

WHEREAS, the Dealer is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem;*

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
October 29, 2026, 2026

SO ORDERED:

Paul A. Engelmayer

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE